No. 58.  HOBBS, POST COMMANDING OFFICER, *v.* UNITED STATES EX REL. HOROWITZ; and

No. 59.  HOBBS, POST COMMANDING OFFICER, *v.* UNITED STATES EX REL. SAMUELS.   October 14, 1946.

Eagles substituted for Hobbs as the party petitioner herein.